# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                              Bankruptcy Case No.: 23–11069–CTG
Yellow Corporation
    Debtor                                       Bankruptcy Chapter:  11

_____

YRC Inc.

    Plaintiff                                       Adv. Proc. No.:  25–51229–CTG

    vs.

Advance Tabco Inc

    Defendant(s)

### JUDGMENT BY DEFAULT

On 6/5/26, default was entered against defendant(s) Advance Tabco Inc. The plaintiff has requested entry of judgment by default, has filed an affidavit of the amount due, and has stated that this/these defendant(s) is/are not in the military service. Furthermore, it appears from the record that this/these defendant(s) is/are not an infant or incompetent person. Therefore, pursuant to Fed.R.Civ.P. 55(b)(1), as incorporated by Fed.R.Bankr.P. 7055, judgment is entered against this/these defendant(s) in favor of the plaintiff as follows:

Judgment is entered against defendant(s) Advance Tabco Inc in the amount of $$23,694.99 plus court filing costs in the amount of $350.00.


Date: 6/5/26

Stephen L Grant, Clerk of Court


(VAN–433b)

United States Bankruptcy Court

District of Delaware

YRC Inc.,

    Plaintiff

Advance Tabco Inc,

    Defendant

Adv. Proc. No. 25-51229-CTG

# CERTIFICATE OF NOTICE

| District/off: 0311-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 05, 2026 | Form ID: van433b | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 05 2026 20:42:00 | U.S. Trustee, Office of United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |
| ust | + Email/Text: USTPRegion03.WL.ECF@USDOJ.GOV | Jun 05 2026 20:42:00 | U.S. Trustee, Office of the United States Trustee, J. Caleb Boggs Federal Building, 844 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801-3519 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2026        Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Joseph L. Steinfeld, Jr. | on behalf of Plaintiff YRC Inc. jsteinfeld@asklllp.com lmiskowiec@askllp.com;gunderdahl@askllp.com;kcasteel@askllp.com;bmcgrath@askllp.com;eneiger@askllp.com;brubis@askllp.com;rreding@askllp.com;akazmina@askllp.com |
| Laura Davis Jones | |

District/off: 0311-1

User: admin

Page 2 of 2

Date Rcvd: Jun 05, 2026

Form ID: van433b

Total Noticed: 2

on behalf of Plaintiff YRC Inc. ljones@pszjlaw.com  efile1@pszjlaw.com

Peter J Keane

on behalf of Plaintiff YRC Inc. pkeane@pszjlaw.com

TOTAL: 3